JUDGE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JACOB LEROY LUNDY, an individual and WELDON LEROY LUNDY, an individual,<br><br>Plaintiff(s),<br><br>vs.<br><br>PIERCE COUNTY SHERIFF'S DEPARTMENT, a political subdivision of the state of Washington, PIERCE COUNTY SHERIFF'S DEPARTMENT, DEPUTY LUCAS BAKER, a former Pierce County Deputy, and DOES 1 through 5, inclusive,<br><br>Defendant(s). | NO. 3:22-cv-5405 TMC<br><br>STIPULATED ORDER FOR DISMISSAL<br><br>NOTED DATE FOR CONSIDERATION: FRIDAY, JULY 26, 2024 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the complaint in the above-entitled matter has been fully settled and compromised between the Plaintiff, JACOB LEROY LUNDY AND WELDON LEROY LUNDY, and Defendant Pierce County, Pierce County Sheriff's Department, Deputy Lucas Baker and may be dismissed with prejudice, with all parties to bear their own costs and attorney fees.

///

///

STIPULATED ORDER FOR DISMISSAL - 1
LUNDY - STIP ORDER FOR DISMISSAL.docx
USDC WAWD No. 3:22-cv-5405 TMC

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

DATED this 26th day of July, 2024.

| | |
|---|---|
| MARY E. ROBNETT<br>Pierce County Prosecuting Attorney<br><br>s/ BRAD D. HASHIMOTO<br>BRAD D. HASHIMOTO, WSBA # 46324<br>Deputy Prosecuting Attorney / Civil<br>930 Tacoma Avenue South, Suite 946<br>Tacoma, WA 98402-2160<br>brad.hashimoto@piercecountywa.gov | Attorneys at Law<br>Attorney for Plaintiffs<br><br>*(signature)*<br>STEPHEN J. PLOWMAN, WSBA # 21823<br>8048 NE 8th Street<br>Medina, WA 98039<br>Ph: 425-233-0321 / Fax: 425-406-6889<br>Email: sjplowmanlaw@gmail.com |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

THIS MATTER coming on to be heard before the undersigned Judge of the above-entitled Court based upon the stipulation of the Plaintiff, JACOB LEROY LUNDY AND WELDON LEROY LUNDY, and Defendant Pierce County, Pierce County Sheriff's Department, Deputy Lucas Baker for dismissal, and the Court being fully advised in the premises, now, therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the Plaintiffs' complaint against Defendant Pierce County, Pierce County Sheriff's Department, Deputy Lucas Baker be, and the same is hereby dismissed with prejudice, with all parties to bear their own costs and attorney fees.

DONE IN OPEN COURT this __29th__ day of ____July____, 2024.

*(signature)*
TIFFANY M. CARTWRIGHT
United States District Judge

///
///
///
///
///

STIPULATED ORDER FOR DISMISSAL - 2
LUNDY - STIP ORDER FOR DISMISSAL.docx
USDC WAWD No. 3:22-cv-5405 TMC

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

Presented by:

MARY E. ROBNETT
Pierce County Prosecuting Attorney

s/ BRAD D. HASHIMOTO
BRAD D. HASHIMOTO, WSBA # 46324
Deputy Prosecuting Attorney / Civil
930 Tacoma Avenue South, Suite 946
Tacoma, WA 98402-2160
brad.hashimoto@piercecountywa.gov

Approved for Filing:
Notice of Presentation Waived:

Attorney at Law
Attorney for Plaintiffs

STEPHEN J. PLOWMAN, WSBA # 21823
8048 NE 8th Street
Medina, WA 98039
Ph: 425-233-0321 / Fax: 425-406-6889
Email: sjplowmanlaw@gmail.com

STIPULATED ORDER FOR DISMISSAL - 3
LUNDY - STIP ORDER FOR DISMISSAL.docx
USDC WAWD No. 3:22-cv-5405 TMC

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713